UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 8:26-cv-00879-DFM | Date: | July 7, 2026 |
|---|---|---|---|
| Title | Yeong Lee v. Orlando Quintana, et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge | |
|---|---|---|
| Nancy Boehme | | Court Reporter |
| Deputy Clerk | | Not Present |
| Attorney(s) for Plaintiff(s): | | Attorney(s) for Defendant(s): |
| Not Present | | Not Present |

| Proceedings: | (IN CHAMBERS) Order to Show Cause |
|---|---|

On May 26, 2026, the Clerk entered default against Defendant Orlando Quintana, pursuant to Federal Rule of Civil Procedure 55(a). See Dkt. 10. Plaintiff Yeong Lee has taken no action since then.

Plaintiff is ORDERED TO SHOW CAUSE in writing within fourteen (14) days why this action should not be dismissed for lack of prosecution. Filing a motion for entry of default judgment pursuant to Federal Rule of Civil Procedure 55(b) will constitute a satisfactory response to this Order. Plaintiff's motion for default judgment must follow the requirements set forth in Federal Rules of Civil Procedure 54(c) and 55, as well as Local Rule 55.